# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORLANDO GARCIA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SUN-HAYWARD, LLC**<br><br>Defendant. | CASE NO. 4:21-cv-8574-YGR<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred *sua sponte* to the Honorable Jon S. Tigar to consider whether it is related to *Hernandez v. Esa Abdulla Ahmed, et al.*-JST, 21-cv-1984-JST.

**IT IS SO ORDERED.**

Dated: June 14, 2022

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**